UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ADAM STREGE,

          Plaintiff,

v.

UNKNOWN PARTIES et al.,

          Defendants.
_____/

Case No. 1:20-cv-658

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the local rules and the Court's order by failing to keep the Court apprised of Plaintiff's current address.

Dated:  September 9, 2020          /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge